291 P.2d 1119

**Earl F. CHANDLER, Plaintiff-Respondent,**

**v.**

**J. M. JENSEN, doing business as Jensen Motor Sales, Defendant-Appellant.**

**No. 8263.**

Supreme Court of Idaho.

Dec. 20, 1955.

Rehearing Denied Jan. 23, 1956.

Richards, Haga & Eberle, Boise, for appellant.

Givens, O'Leary, Doane & Givens, Boise, for respondent.

PORTER, Justice.

By virtue and under the authority of the decision filed this day in the case of Jensen v. Chandler, 77 Idaho 303, 291 P.2d

1116, the judgment of the trial court in favor of respondent in this action is affirmed. Costs to respondent.

TAYLOR, C. J., and KEETON, ANDERSON and SMITH, JJ., concur.